473 A.2d 675

Diversified Micro., Appellant, v. Dyna-Tronics Ind.
Petition for Allowance of Appeal
Denied July 23, 1984.

Argued December 14, 1983. Stephen A. Corbman, for appellant; James Eiseman, Jr., for appellees.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Order affirmed.

473 A.2d 675

Eder v. Eder, Jr., Appellant.

Argued November 1, 1983. Daniel W. Shoemaker, for appellant; Edward R. LeCates, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order affirmed.